DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEEVE MARCUS LOUIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2632

_____

July 10, 2026

Appeal from the Circuit Court for Hillsborough County; G. Gregory
Green, Judge.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura E. Breslow,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　　Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.